Case 4:22-cv-01468   Document 57   Filed on 01/31/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JIMMY DAVIS,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4: 22-1468 |
| § | |
| **EK REAL ESTATE SERVICES OF NY** § | |
| **LLC, ET AL.,** § | |
| § | |
| *Defendants.* § | |

### ORDER GRANTING UNOPPOSED MOTION
### FOR GRAY REED TO WITHDRAW AS COUNSEL OF RECORD
### FOR DEFENDANT EASYKNOCK, INC.

Before the Court is Gray Reed's Unopposed Motion to Withdraw as Counsel for EasyKnock, Inc. (Doc. __). After considering the Unopposed Motion, the Court is of the opinion that it should be, and therefore is, in all things GRANTED.

Gray Reed and its attorneys, Chris Davis, Angela Brown, D. Scott Funk, Kristen Kelly, London England, and William Drabble are withdrawn as counsel for Defendant EasyKnock, Inc.

SO ORDERED.

SIGNED on this ___31___ day of __January__ 2025.

_____
HONORABLE JUDGE PRESIDING    U.S.M.J.